## SALT LAKE INVESTMENT COMPANY v. FOX.

No. 2053. Decided January 6, 1911 (112 Pac. 808).

1. MANDAMUS — DETERMINATION OF ISSUES AND QUESTIONS—DISMISSAL. Where an alternative writ of mandate was issued to the district court requiring it to make findings and render judgment in a cause, and after service of the writ that court made findings and rendered judgment, and where the party on whose application the writ was issued appealed from that judgment and on appeal it is vacated with directions, the mandamus proceeding will be dismissed. (Page 310.)

2. MANDAMUS—MANDAMUS TO DISTRICT COURT—COSTS AGAINST DEFENDING PARTY. Where the action of a district court against which an alternative writ of mandamus has issued requiring it to make findings and to render judgment in a cause has been induced and defended by a party to the cause, the costs on dismissal, because no longer necessary, will be taxed to such party. (Page 310.)

Action by the Sale Lake Investment Company against Jesse M. Fox. On application by the defendant an alternative writ of mandate was issued requiring the district court to make findings and to render judgment in the cause.

PROCEEDING DISMISSED.

*C. S. Patterson* for plaintiff.

*Gatrell & Johnson* for defendant.

STRAUP, J.

Upon application of Fox an alternative writ of mandate was issued to the district court requiring it to make findings

and to render judgment in the above cause. After the writ was served the district court made findings and rendered a judgment. From the judgment Fox appealed to this court. The judgment, on apppeal, was vacated, and in lieu thereof, the district court was ordered to enter a judgment as directed by us. (*Salt Lake Inv. Co. v. Fox,* 37 Utah 334, 108 Pac. 1132.) This proceeding is therefore 1, 2 dismissed. As the action of the district court was induced, and defended in this proceeding, by the Salt Lake Investment Company, it is ordered that the taxable costs, amounting to ten dollars, be paid by it.

FRICK, C. J., and McCARTY, J., concur.